O

FILED
CLERK, U.S. DISTRICT COURT

MAY 3 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BUTLER,<br><br>              Petitioner,<br><br>   vs.<br><br>L.E. McEWEN, Warden,<br><br>              Respondent. | Case No. CV 11-3543-DDP (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) the Petition is denied with respect to Grounds 1-3 and subclaims 2-3 of Ground 4; and (2) Judgment be entered granting a conditional writ of habeas corpus with respect to subclaim 1 of Ground 4 as follows: Unless petitioner is brought to retrial within sixty (60) days of the date the Judgment herein becomes final (plus any additional delay authorized under State

1  law), respondent shall discharge petitioner from all adverse consequences of his
2  conviction in Los Angeles County Superior Court Case No. BA302062.

5  DATED: May 30, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE