JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

MAY 3 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BUTLER,<br><br>    Petitioner,<br><br>vs.<br><br>L.E. McEWEN, Warden,<br><br>    Respondent. | Case No. CV 11-3543-DDP (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that a conditional writ of habeas corpus is granted as follows.

Unless petitioner is brought to retrial within sixty (60) days of the date the Judgment herein becomes final (plus any additional delay authorized under State law), respondent shall discharge petitioner from all adverse consequences of his conviction in Los Angeles County Superior Court Case No. BA302062.

DATED: May 30, 2014

                                                                DEAN D. PREGERSON
                                                                UNITED STATES DISTRICT JUDGE